**Order entered December 21, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00833-CV

## IN RE PATRICIA STEPHENS, INDIVIDUALLY AND AS TRUSTEE OF THE WALTER H. STEPHENS TRUST, THE SSH TRUST, THE SUTTON ELIZABETH STEPHENS TRUST, THE HEATHER LOVE STEPHENS IRREVOCABLE TRUST, AND PATCO ENERGY, LTD., Relators

### Original Proceeding from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-20-03406

## ORDER
Before Justices Osborne, Reichek, and Browning

Before the Court is relators' September 17, 2020 petition for writ of mandamus in which they challenge the trial court's order denying their motion to transfer venue. The Court requests that real parties in interest and respondent file a response, if any, to the petition for writ of mandamus by **January 8, 2021**.

/s/     LESLIE OSBORNE
JUSTICE